**E-Filed 8/23/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALENTIN RUIZ, JOSE RUIZ,<br><br>      Plaintiffs,<br><br>  v.<br><br>JULIO CABRERA, BEATRIZ A. MONTOYA CABRERA, PHILLIP J. DAUNT, ATTORNEY, and DOES 1-50,<br><br>      Defendants. | Case Number C 10-3358 JF (HRL)<br><br>ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO REMAND<br><br>[re: docket no. 3] |

On August 3, 2010, Magistrate Judge Howard R. Lloyd filed a Report and Recommendation that this Court summarily remand the instant action to the Monterey Superior Court. No objections have been filed. The Court has reviewed Judge Lloyd's recommendation as well as the record in this case in conformity with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts in its entirety the Report and Recommendation of Judge Lloyd. The action is hereby remanded. The Clerk shall transmit the file to the Monterey Superior Court.

---

[1] This disposition is not designated for publication in the official reports.

Case 5:10-cv-03358-JF   Document 5   Filed 08/23/10   Page 2 of 3

1 | IT IS SO ORDERED.

2 | DATED: 8/23/2010

3 | _____
JEREMY FOGEL
4 | United States District Judge

5

6

...

28

2

Case Number C 10-3358 JF (HRL)
ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND
(JFLC1)

Copies of Order served on:

Valentin and Jose Ruiz
656 San Juan Grade Road
Salinas, CA 93906